NORTHEASTERN REAL ESTATE SECURITIES CORPORATION, Judgment Creditor, Appellant, *v.* EDGAR B. GOLDSTEIN, Judgment Debtor.

DUDLEY D. DOERNBERG & COMPANY, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

*Morris R. Chase* and *Reuben Chase* for motion.
*David Haar* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.